IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00473-MSK
(Civil Action No. 09-cv-02460-MSK)

UNITED STATES OF AMERICA,

v.

2. CHARLES W. WIMBERLY,

    Movant.

---

**ORDER**

---

    After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

    **ORDERED** that the United States Attorney on or before **December 5, 2009**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

    DATED this 26th day of October, 2009.

                                               **BY THE COURT:**

                                             *Marcia S. Krieger*
                                             Marcia S. Krieger
                                             United States District Judge