IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00473-MSK-2
Civil Action No. 09-cv-02460-MSK

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

CHARLES W. WIMBERLY,

    Defendant/Movant.

_____

# JUDGMENT
_____

    Pursuant to and in accordance with the "Opinion and Order Denying Motion to Vacate, Set Aside or Correct Sentence" entered by the Honorable Marcia S. Krieger on November 11, 2010, the following Judgment is hereby entered:

    It is ORDERED that Defendant Charles Wimberly's Motion filed under 28 U.S.C. § 2255 is DENIED.  This case and the instant civil action are hereby closed.

    Dated at Denver, Colorado this ___12th___ day of November, 2010.

                                     FOR THE COURT:

                                     GREGORY C. LANGHAM, CLERK

                                     By: s/ Edward P. Butler
                                          Edward P. Butler, Deputy Clerk